IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | No. 6:22-CR-3 |
| v. § | JUDGE JDK/JDL |
| § | |
| TODD DEAN COOK (08) § | |

### NOTICE OF PLEA AGREEMENT

The United States of America, by its undersigned counsel, would show the Court that the defendant, Todd Dean Cook, and the government have entered into a plea agreement in relation to the charges now pending before this Court.

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

*/s/ Adrian Garcia*
ADRIAN GARCIA
Assistant United States Attorney
Texas State Bar No. 24084522
101 East Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
Adrian.Garcia@usdoj.gov

NATHANIEL C. KUMMERFELD
ROBERT AUSTIN WELLS
Assistant United States Attorneys
Texas Bar No. 24060122
Texas Bar No. 24033327
110 N. College, Suite 700
Tyler, TX 75702
Phone: 903-590-1400
Fax: 903-590-1436
Nathaniel.Kummerfeld@usdoj.gov
Robert.Wells3@usdoj.gov

**ATTORNEYS FOR THE UNITED STATES**

**Notice of Plea Agreement – Page 1**